UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH ALSOP,<br><br>    Plaintiff,<br><br>v.<br><br>UC DAVIS MEDICAL CENTER,<br><br>    Defendant. | No. 2:19-cv-464-JAM-EFB PS<br><br><br><br>ORDER |

Plaintiff seeks leave to proceed in forma pauperis. ECF No. 3. She has not, however, filed her application for leave to proceed in forma pauperis on the form used by this district. Accordingly, plaintiff will be provided the opportunity to submit the application on the appropriate form.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.
2. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of her request to proceed in forma pauperis or the appropriate filing fee.
3. Plaintiff's failure to comply with this order may result in this action being dismissed.

Dated: April 29, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE