UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH ASLOP,<br><br>Plaintiff,<br><br>v.<br><br>UC DAVIS MEDICAL CENTER,<br><br>Defendant. | No. 2:19-cv-464-JAM-EFB PS<br><br><br><br>ORDER |

On July 6, 2020, the court dismissed plaintiff's complaint for failure to state a claim, explained the deficiencies therein, and granted plaintiff thirty days in which to file an amended complaint. ECF No. 6. In response, plaintiff filed objections to the court's July 6, 2020, in which she states she needs 60 days to file an amended complaint "due to surgery on leg." ECF No. 7. In light of her representation, and given her pro se status, plaintiff's request for an extension of time is granted in part.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's request for an extension of time to file an amended complaint (ECF No. 7) is granted in part;

2. Plaintiff shall file an amended complaint within 30 days from the date of service of this order;

/////

1

3.  Failure to timely file an amended complaint in accordance with this order will result in a recommendation this action be dismissed; and

4.  Plaintiff is admonished that the court is not inclined to grant further requests for extension of time absent a showing of extraordinary cause.

DATED:  August 10, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2