UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH ASLOP,<br><br>    Plaintiff,<br><br>  v.<br><br>UC DAVIS MEDICAL CENTER,<br><br>    Defendant. | No.  2:19-cv-464-JAM-EFB PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

On July 6, 2020, the court dismissed plaintiff's complaint for failure to state a claim.  ECF No. 6.[1]  The order explained the complaint's deficiencies, gave plaintiff thirty days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.  *Id*.  The court subsequently granted plaintiff's request for an extension of time and ordered her to file her amended complaint by September 10, 2020.  ECF No. 8.  Plaintiff was again admonished that failure to file an amended complaint would result in a recommendation that this action be dismissed.  *Id*.

/////

/////

/////

---

[1]  This action, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

The deadline has passed, and plaintiff has not filed an amended complaint. Accordingly, it is hereby RECOMMENDED that this action be dismissed, and that the Clerk be directed to close this case. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 14, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE