UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH ASLOP,<br><br>    Plaintiff,<br><br>   v.<br><br>UC DAVIS MEDICAL CENTER,<br><br>    Defendant. | No.  2:19-cv-464-JAM-EFB PS<br><br><br><br>ORDER |

    On September 14, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 14, 2020, are ADOPTED; and
2. This action is dismissed, and the Clerk is directed to close this case.  See Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

DATED: October 6, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE